UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          :

CHRISTOPHER FLITE                               :    No. 24-11355- pmm
CHRISTINA E. FLITE
        Debtors
                                                :    Chapter 7

CHAPTER 7 TRUSTEE'S OBJECTION TO
DEBTOR'S EXEMPTION OF 340 WARREN ROAD, HATBORO, PA

1.  Debtors filed a Voluntary Chapter 7 Bankruptcy Petition on April 22, 2024.

2.  On April 23, 2024, Robert H. Holber, Esquire, was appointed as Interim Chapter 7 Trustee regarding the above mentioned debtor.

3.  On or about May 23, 2024, a 341(a) Creditors Meeting was held and has been continued to June 19, 2024.

4.  Debtors listed, in Paragraph 1.1 on Schedule A/B, real property located at 340 Warren Road, Hatboro, PA 19040 ( " The Property") with a value of Four Hundred Thousand Dollars ($400,000.00) owned by Debtors as tenancy by the entireties. Attached hereto and made a part hereof, marked as Exhibit "A", is a true and correct copy of Schedule A/B.

5.  Debtors exempted, on Schedule C, Three Hundred Thousand Dollars ($300,000.00) of the value of The Property and relied upon " In re Martin, 269 B.R. (M.D. Pa. 2001)". Attached hereto and made a part hereof, marked as Exhibit "B", is a true and correct copy of Schedule C.

6.  Presumably Debtors relied upon 11 U.S.C. Sect.

522(b)(2)(B) utilizing state exemptions to exempt Three Hundred Thousand Dollars ($300,000.00) in The Property.

7. Debtors purchased The Property together via a deed dated February 25, 2011 as " joint tenants with the right of survivorship, each holding 50% interest, and not as tenants in common". Attached hereto and made a part hereof, marked as Exhibit "C", is a true and correct copy of said deed.

8. Debtors were not married at the time they purchased The Property.

9. Debtors testified at their 341(a) Creditors Meeting that they were married on April 30, 2011.

10. Chapter 7 Trustee objects to the stated exemption of Three Hundred Thousand Dollars ($300,000.00) in The Property as it is not exempt under the laws of the Commonwealth of Pennsylvania.

WHEREFORE, Robert H. Holber, Esquire, Chapter 7 Trustee, hereby requests that this Honorable Court find that the exemption of Debtors of Three Hundred Thousand Dollars ($300,000.00) in 340 Warren Road, Hatboro, PA 19040 be denied.

_____
Robert H. Holber, Esquire
Chapter 7 Trustee