UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    :

    CHRISTOPHER FLITE                   :     No. 24-11355- pmm
    CHRISTINA E. FLITE
          Debtors
                          :     Chapter 7

## ORDER

AND NOW, this       day of            , 2024, upon review of

Chapter 7 Trustee's Objection to Debtors Exemption of 340 Warren

Road, Hatboro, PA,  and any answer hereto, it is hereby ORDERED

and DECREED that Debtors exemption in 340 Warren Road, Hatboro,

PA is Denied.


                               _____

                               Patricia M. Mayer
                               United States Bankruptcy Judge