Prepared by and Return to:

Properties Abstract, Inc.
210 Penns Trail
Newtown, PA 18940
215-579-3190

File No. 11985-FA

UPI # 08-00-05887-009

MONTGOMERY COUNTY COMMISSIONERS REGISTRY
08-00-05887-00-9    HATBORO BOROUGH
340 WARREN RD
BORGMANN PETER & OLSEN DANIEL            $10.00
B 014  L  U 018  1101 03/04/2011            BH

1736844 esp

PLEASE RECORD AND RETURN TO
First American Title Insurance Company
472 California Road
Quakertown, PA 18951

**This Indenture**, made the 25 day of February, 2011,

**Between**

DANIEL OLSEN AND PETER BORGMANN

(hereinafter called the Grantors), of the one part, and

CHRISTOPHER P. FLITE AND CHRISTINA E. SALVATORE

(hereinafter called the Grantees), of the other part,

**Witnesseth**, that the said Grantors for and in consideration of the sum of **Two Hundred Seventy Three Thousand Dollars 00/100 ($273,000.00)** lawful money of the United States of America, unto them well and truly paid by the said Grantees, at or before the sealing and delivery hereof, the receipt whereof is hereby acknowledged, have granted, bargained and sold, released and confirmed, and by these presents do grant, bargain and sell, release and confirm unto the said Grantees, as joint tenants with the right of survivorship, each holding a 50% interest, and not as tenants in common.

PREMISES "A"

ALL THAT CERTAIN lot or piece of ground, Situate in the Borough of Hatboro, County of Montgomery and State of Pennsylvania, being known as Lot #192 on Plan of "Hatboro Farms" which said Plan is recorded at Norristown, Pennsylvania in Deed Book 743 Page 600, bounded and described as follows, to wit:

BEGINNING at a point on the Northeasterly side of Warren Road (fifty feet wide) at the distance of two hundred eight and eighty one one hundredths feet Southeast of the Southeastwardly radius corner of Warren Road and Continental Road.

CONTAINING in front or breadth on the said side of Warren Road twenty five feet and extending of that width in length of depth Northwestwardly between parallel lines at right angles to said Warren Road one hundred thirty two and fifty nine one hundredths feet.



EXHIBIT C

Certified copy of record in Montgomery County
Montgomery County Recorder of Deeds




**RECORDER OF DEEDS**
MONTGOMERY COUNTY
*Nancy J. Becker*

One Montgomery Plaza
Swede and Airy Streets ~ Suite 303
P.O. Box 311 ~ Norristown, PA 19404
Office: (610) 278-3289 ~ Fax: (610) 278-3869

DEED BK 5794 PG 02562 to 02567
INSTRUMENT # : 2011023759
RECORDED DATE: 03/04/2011 03:10:32 PM



2527119-00130

MONTGOMERY COUNTY ROD

| OFFICIAL RECORDING COVER PAGE | | | Page 1 of 6 |
|---|---|---|---|
| Document Type: Deed | | Transaction #: | 2442539 - 2 Doc(s) |
| Document Date: 02/25/2011 | | Document Page Count: | 5 |
| Reference Info: | | Operator Id: | thordije |
| RETURN TO: (Simplifile)<br>First American Title Insurance Company - Quakertown<br>472 California Road<br>Quakertown, PA 18951<br>(215) 538-1053 | | SUBMITTED BY:<br>First American Title Insurance Company - Quakertown<br>472 California Road<br>Quakertown, PA 18951<br>(215) 538-1053 | |
| * PROPERTY DATA: | | | |
| Parcel ID #: | 08-00-05887-00-9 | | |
| Address: | 340 WARREN RD | | |
| | PA<br>19040 | | |
| Municipality: | Hatboro Borough (100%) | | |
| School District: | Hatboro-Horsham | | |
| * ASSOCIATED DOCUMENT(S): | | | |
| CONSIDERATION/SECURED AMT: | $273,000.00 | DEED BK 5794 PG 02562 to 02567 | |
| TAXABLE AMOUNT: | $273,000.00 | Recorded Date: 03/04/2011 03:10:32 PM | |
| FEES / TAXES: | | | |
| Recording Fee:Deed | $65.00 | I hereby CERTIFY that this document is recorded in the Recorder of Deeds Office in Montgomery County, Pennsylvania. | |
| Additional Pages Fee | $2.00 | | |
| Affordable Housing Pages | $2.00 | | |
| State RTT | $2,730.00 | | |
| Hatboro Borough RTT | $1,365.00 | | |
| Hatboro-Horsham School District RTT | $1,365.00 | | |
| Total: | $5,529.00 | | |

Nancy J. Becker
Recorder of Deeds

# PLEASE DO NOT DETACH
THIS PAGE IS NOW PART OF THIS LEGAL DOCUMENT

NOTE: If document data differs from cover sheet, document data always supersedes.
*COVER PAGE DOES NOT INCLUDE ALL DATA, PLEASE SEE INDEX AND DOCUMENT FOR ANY ADDITIONAL INFORMATION.

Digitally signed 05/30/2024 by montgomery.county.rod@govos.com
**Certified and Digitally Signed**
Validation may require Adobe Windows Interaction

eCertified copy of recorded # 2011023759 (page 1 of 6)
Montgomery County Recorder of Deeds

**PREMISES "B"**

ALL THOSE CERTAIN lots or pieces of land, Situate in the Borough of Hatboro, County of Montgomery and State of Pennsylvania, bounded and described according to a Survey and Plan thereof known as "Hatboro Farms" made by William T. Muldrew, Civil Engineer dated May 11, 1922 and recorded at Norristown in Deed Book 843 Page 500 as follows, to wit:

BEGINNING at a point on the Northeasterly side of warren Road (fifty feet wide) at a distance of two hundred thirty three and eight one one hundredths feet Southeast of the Southeastwardly radius corner of warren Road and Continental Road (fifty feet wide); thence along Lot No. 192 North forty two degrees forty four minutes east one hundred thirty two and fifty nine one hundredths feet to a point; thence along Lot Nos. 172 and 173 South forty seven degrees sixteen minutes east fifty feet to a point; thence along Lot No. 195 South forty two degrees forty four minutes West one hundred thirty two and fifty nine one hundredths feet to the Northeasterly side of Warren Road; thence along the same North forty seven degrees sixteen minutes West fifty feet to the place of Beginning.

Being Lots Nos. 193 and 194 on above mentioned Plan.

Being Tax Parcel Number: 08-00-05887-00-9

BEING THE SAME PREMISES WHICH Carole R. Pfeiffer by Deed dated September 4, 2009 and recorded September 14, 2009 in Deed Book 5743 Page 2346 did grant and convey unto Peter Borgmann and Daniel Olsen.

Montgomery County Recorder of Deeds

**Together with** all and singular the buildings and improvements, ways, streets, alleys, driveways, passages, waters, water-courses, rights, liberties, privileges, hereditaments and appurtenances, whatsoever unto the hereby granted premises belonging, or in anywise appertaining, and the reversions and remainders, rents, issues, and profits thereof; and all the estate, right, title, interest, property, claim and demand whatsoever of them, the said grantors, as well at law as in equity, of, in and to the same.

**To have and to hold** the said lot or piece of ground described above, with the buildings and improvements thereon erected, hereditaments and premises hereby granted, or mentioned and intended so to be, with the appurtenances, unto the said Grantees, their heirs and assigns, to and for the only proper use and behoof of the said Grantees, their heirs and assigns, forever.

**And** the said Grantors, for themselves and their heirs, executors and administrators, do, by these presents, covenant, grant and agree, to and with the said Grantees, their heirs and assigns, that they, the said Grantors, and their heirs, all and singular the hereditaments and premises herein described and granted, or mentioned and intended so to be, with the appurtenances, unto the said Grantees, their heirs and assigns, against them, the said Grantors, and their heirs, and against all and every other person and persons whosoever lawfully claiming or to claim the same or any part thereof, shall and will

**Specially Warrant and Forever Defend.**

**In Witness Whereof,** the parties of the first part have hereunto set their hands and seals. Dated the day and year first above written.

**Sealed and Delivered**
IN THE PRESENCE OF US:

_____    _____ {SEAL}
                              Daniel Olsen

                              _____ {SEAL}
                              Peter Borgmann

3


Montgomery County Recorder of Deeds

Commonwealth of Pennsylvania  } ss
County of Bucks

On this, the 25th day of February, 2011, before me, the undersigned Notary Public, personally appeared **Daniel Olsen and Peter Borgmann**, known to me (or satisfactorily proven) to be the persons whose names are subscribed to the within instrument, and acknowledged that they executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

Notary Public
My commission expires 6/20/2011

The precise residence and the complete post office
address of the above-named Grantees is:

**340 Warren Road
Hatboro, Pa. 19040**

On behalf of the Grantees

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Patricia Shprintz - Notary Public
NEWTOWN TWP., BUCKS COUNTY
MY COMMISSION EXPIRES JUN. 20, 2011

4


Montgomery County Recorder of Deeds

# Deed

UPI # 08-00-05887-009

Daniel Olsen and Peter Borgmann

TO

Christopher P. Flite and Christina E. Salvatore

Properties Abstract, Inc.
210 Penns Trail
Newtown, PA 18940
Telephone: 215-579-3190 Fax: 215-860-6191

Montgomery County Recorder of Deeds