**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**In re:  CHRISTOPHER FLITE**          **:**      **CHAPTER 13**
       **CHRISTINE FLITE**
               *Debtor.s*       **:**      **BKY. NO. 24-11355 (PMM)**

---

**PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST PETITION
OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTION 1325 (a)(8) AND (a)(9)**

I, Maggie S. Soboleski, upon my oath according to law, hereby certify as follows in

connection with the confirmation hearing scheduled for **JUNE 9, 2026** in the above referenced

bankruptcy case:

1. The Debtor is current with all post-petition obligations.

2. The Debtor has paid all post-petition amounts that are required to be paid under any

   and all Domestic Support Obligations.

3. The Debtor has filed all applicable Federal, State, and local tax returns, as required by

   11 U.S.C. Section 1308.

4. If the confirmation hearing date stated above is adjourned for any reason, and the

   information herein changes, an updated Certification will be provided to the standing

   trustee prior to any subsequent Confirmation hearing date.

5.  If this Certification is signed by counsel of the Debtor, counsel certifies that Debtor was duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

Respectfully submitted,

*CENTER CITY LAW OFFICES, LLC*

By: ***/s/Maggie S. Soboleski***
Pa. Id. No.: 88268
2705 Bainbridge Street
Philadelphia, PA 19146
Tele.: 215-620-2132
E-Mail: msoboles@yahoo.com

Dated: JUNE 2, 2026