United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | | Case No. 24-11355-pmm |
|---|---|---|
| Christopher Flite | | Chapter 13 |
| Christina E. Flite | | |
| Debtors | | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jun 09, 2026 | Form ID: 155 | Total Noticed: 34 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Christopher Flite, Christina E. Flite, 340 Warren Road, Hatboro, PA 19040-4412 |
| 14878512 | + | CHILDRENS HOSPITAL OF PHILADELPHIA, 3401 CIVIC CENTER BOULEVARD, Philadelphia, PA 19104-4319 |
| 15128700 | + | Citibank, N.A., 4674 Houston Rd, Florence KY 41042-4820 |
| 14876237 | + | LVNV FUNDING, C/O PATENAUDE & FELIX, 4545 MURPHY CANYON ROAD, 3RD FL, San Diego, CA 92123-4363 |
| 14876238 | + | MACY'S/MCYDSNB, P.O. BOX 8218, Mason, OH 45040-8218 |
| 14911005 | + | Robert H. Holber, Chapter 7 Trustee, 41 E. Front Street, Media, Pa 19063-2911 |
| 14878525 | + | SOFI MOHELA, PO BOX 1022, Chesterfield, MO 63006-1022 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14876229 | + | Email/PDF: bncnotices@becket-lee.com | Jun 10 2026 00:30:31 | AMEX, PO BOX 297871, Fort Lauderdale, FL 33329-7871 |
| 14920018 | | Email/PDF: bncnotices@becket-lee.com | Jun 10 2026 00:30:45 | AMEX TRS Co., Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14915968 | | Email/PDF: bncnotices@becket-lee.com | Jun 10 2026 00:30:31 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14876230 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Jun 10 2026 00:30:45 | BEST EGG, P.O. BOX 42912, Philadelphia, PA 19101-2912 |
| 14925830 | + | Email/Text: famc-bk@1stassociates.com | Jun 10 2026 00:29:00 | Bank of Missouri, 2700 S Lorraine Place, Sioux Falls, SD 57106-3657 |
| 14876231 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 10 2026 00:40:54 | CITI CARDS, 5800 SOUTH CORPORATE PLACE, Sioux Falls, SD 57108-5027 |
| 14878514 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 10 2026 00:29:00 | CREDIT COLLECTION SERVICES, 725 CANTON STREEET, NORWOOD, MA 02062-2679 |
| 14876232 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 10 2026 00:30:45 | CREDIT ONE BANK, NA, P. O. BOX 98875, Las Vegas, NV 89193-8875 |
| 14904400 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 10 2026 00:40:52 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14904493 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 10 2026 00:41:18 | Citibank, N.A., 6716 Grade Ln Blg 9 Ste 910-PY DEPT, Louisville KY 40213-3410 |
| 14876233 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 10 2026 00:29:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, P.O. BOX 7346, Philadelphia, PA 19101-7346 |
| 14915893 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 10 2026 00:29:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |

District/off: 0313-2 | User: admin | Page 2 of 3
Date Rcvd: Jun 09, 2026 | Form ID: 155 | Total Noticed: 34

| 14876234 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 10 2026 00:30:45 | JPMBC, P.O. BOX 15369, Wilmington, DE 19850-5369 |
| 14876235 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 10 2026 00:30:38 | JPMBC -- CARD SERVICES, 301 N. WALNUT STREET, FLOOR 09, Wilmington, DE 19801-3971 |
| 14915317 | + | Email/Text: RASEBN@raslg.com | Jun 10 2026 00:29:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14924454 | | Email/Text: BNCnotices@dcmservices.com | Jun 10 2026 00:29:00 | Jefferson Health, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14876236 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 10 2026 00:30:38 | KOHLS, P.O. BOX 2983, Milwaukee, WI 53201-2983 |
| 14897624 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 10 2026 00:30:31 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14876239 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Jun 10 2026 00:30:38 | NAVIENT, PO BOX 9655, Wilkes Barre, PA 18773-9655 |
| 14876240 | + | Email/Text: bankruptcy1@pffcu.org | Jun 10 2026 00:29:00 | POLICE AND FIRE FEDERAL CREDIT UNION, 901 ARCH STREET, Philadelphia, PA 19107-2495 |
| 14901943 | + | Email/Text: bankruptcy1@pffcu.org | Jun 10 2026 00:29:00 | Police & Fire Federal Credit Union, One Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14925369 | | Email/Text: bnc-quantum@quantum3group.com | Jun 10 2026 00:29:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14925144 | | Email/Text: bnc-quantum@quantum3group.com | Jun 10 2026 00:29:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14906045 | ^ | MEBN | Jun 10 2026 00:24:50 | ROCKET LOANS, 28596 Network Place, Chicago, IL 606731285 |
| 14876241 | + | Email/Text: OpsCompliance@RocketLoans.com | Jun 10 2026 00:29:00 | ROCKET LOANS, 1274 LIBRARY STREET, SECOND FL, Detroit, MI 48226-2256 |
| 14930632 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 10 2026 00:30:31 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14876242 | ^ | MEBN | Jun 10 2026 00:25:17 | SCOTT AND ASSOCIATES, 41 BYBERRY ROAD, SUITE 9, Hatboro, PA 19040-3210 |

TOTAL: 27

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14878510 | *+ | AMEX, PO BOX 297871, Fort Lauderdale, FL 33329-7871 |
| 14878511 | *+ | BEST EGG, P.O. BOX 42912, Philadelphia, PA 19101-2912 |
| 14878513 | *+ | CITI CARDS, 5800 SOUTH CORPORATE PLACE, Sioux Falls, SD 57108-5027 |
| 14878515 | *+ | CREDIT ONE BANK, NA, P. O. BOX 98875, Las Vegas, NV 89193-8875 |
| 14878516 | *+ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, P.O. BOX 7346, Philadelphia, PA 19101-7346 |
| 14878517 | *+ | JPMBC, P.O. BOX 15369, Wilmington, DE 19850-5369 |
| 14878518 | *+ | JPMBC -- CARD SERVICES, 301 N. WALNUT STREET, FLOOR 09, Wilmington, DE 19801-3971 |
| 14878519 | *+ | KOHLS, P.O. BOX 2983, Milwaukee, WI 53201-2983 |
| 14878520 | *+ | LVNV FUNDING, C/O PATENAUDE & FELIX, 4545 MURPHY CANYON ROAD, 3RD FL, San Diego, CA 92123-4363 |
| 14878521 | *+ | MACY'S/MCYDSNB, P.O. BOX 8218, Mason, OH 45040-8218 |
| 14878522 | *+ | POLICE AND FIRE FEDERAL CREDIT UNION, 901 ARCH STREET, Philadelphia, PA 19107-2495 |

District/off: 0313-2                          User: admin                          Page 3 of 3

Date Rcvd: Jun 09, 2026                       Form ID: 155                         Total Noticed: 34

14878523    *+        ROCKET LOANS, 1274 LIBRARY STREET, SECOND FL, Detroit, MI 48226-2256
14878524    *+        SCOTT AND ASSOCIATES, 41 BYBERRY ROAD, SUITE 9, Hatboro, PA 19040-3210

TOTAL: 0 Undeliverable, 13 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2026                 Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| JOSEPH R. LOVERDI | on behalf of Creditor Police and Fire Federal Credit Union SmithJ3@PFFCU.org  divellod@pffcu.org |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MAGGIE S SOBOLESKI | on behalf of Debtor Christopher Flite msoboleski@kmllawgroup.com  3532@notices.nextchapterbk.com |
| MAGGIE S SOBOLESKI | on behalf of Joint Debtor Christina E. Flite msoboleski@kmllawgroup.com  3532@notices.nextchapterbk.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Christopher Flite | ) | Case No. 24−11355−pmm |
| | ) | |
| | ) | |
| Christina E. Flite | ) | Chapter: 13 |
| | ) | |
| Debtor(s). | ) | |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: June 9, 2026

For The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court